AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern District of Texas

06 JUL 13 PM 2: 09

Alan Goldstein and Keith Reiders, on their own behalf and on behalf of all other similarly situated persons,
            Plaintiffs,
V.
RADIOSHACK CORPORATION, ADMINISTRATIVE COMMITTEE OF RADIOSHACK CORPORATION, FRANK J. BELATTI, DANIEL R. FREEHAN, ROBERT S. FALCONE, RICHARD J. HERNANDEZ, JACK L. MESSMAN, DAVID JOHNSON, R. RAY, and ARNOLD GROTHUES.

            Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 6:06 CV 285 MHS

TO: (Name and address of Defendant)

> David Johnson
> RadioShack Corporation
> Riverfront Campus World Headquarters
> 300 RadioShack Circle
> Ft. Worth, Texas 76102

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

> Bradley Beckworth
> Nix, Patterson & Roach, LLP
> 205 Linda Drive
> Daingerfield, Texas 75638

an answer to the complaint which is served on you with this summons, within    20    days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

DAVID MALAND, CLERK          JUN 2 7 2006

CLERK          DATE

(By) DEPUTY CLERK

◈AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 6/28/06 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Beth Goodman | Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): CMRRR-Restricted
  #7003 1010 0005 3839 8020

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/13/06
              Date

Signature of Server: Beth Goodman

Address of Server: 205 Linda Drive, Daingerfield TX 75638

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   David Johnson
   RadioShack Corporation
   RiverFront Campus World Headquarters
   300 RadioShack Circle
   Ft. Worth, TX 76102

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X RadioShack Shipping     ☐ Agent  ☐ Addressee
B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☒ Yes

2. Article Number (Transfer from service label)   7003 1010 0005 3839 8020

PS Form 3811, August 2001      Domestic Return Receipt      2ACPRI-03-Z-0985